UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

No. 1:2015-cv-01026-RJJ-RSK
No. 1:2015-cv-01200-RJJ-RSK
No. 1:2015-cv-01249-RJJ-RSK

IN RE: MODERN PLASTICS CORPORATION,

Hon. Robert J. Jonker

Debtor,
_______________________________________/

NEW PRODUCTS CORPORATION and MARK S. DEMOREST,

Appellants,

v.

DICKINSON WRIGHT PLLC, BANK OF AMERICA, N.A., EVERGREEN DEVELOPMENT COMPANY, LLC, and 3 OCIR 337, LLC,

Appellees.
_______________________________________/

On Appeal From:
Case No. 09-00651
Hon. Scott W. Dales
Chapter 7
Adv. Proc. No. 13-80252
Bankr. W.D. Mich.

**_CORRECTED_ APPENDIX TO BRIEF ON APPEAL OF NON-PARTY SUBPOENA RECIPIENTS-APPELLEES PURSUANT TO FED. R. BANKR. P. 8018(b)(2)**

# TABLE OF CONTENTS


1. Dickinson Wright PLLC Invoices – Billed to Bank of America, N.A.

   (Record Citation: 1:15-cv-01026 PageID.665-704)

2. Dickinson Wright PLLC Invoices – Billed to Harbor Shores Community Redevelopment, Inc.

   (Record Citation: 1:15-cv-01026 PageID.708-740)

3. April 23, 2015 Order Regarding Motion to Compel

   (1:15-cv-01200 PageID.881-882)

4. May 6, 2015 Letter from Christina K. McDonald to Mark S. Demorest

   (1:15-cv-01200 PageID.271-272)

5. Notice of Payment of $166,187.50 to Dickinson Wright PLLC

   (1:15-cv-01200 PageID.360-363)

6. Transcript of November 16, 2015 Telephonic Hearing on Motion for Contempt