# EXHIBIT 1

**Law Firm Invoice ID: 1045968**

Huron Consulting Services
Please Remit Payment to:
9101 Kings Parade Blvd
Suite 300
Charlotte, NC 28273
UNITED STATES
Phone#: +1 (704) 697-1411 (US)
Fax#: +1 (704) 697-1402 (US)
Tax ID: 01-0666453

Bank of America

Invoice Date: 12/05/2014 (mm/dd/yyyy)
CounselLink Invoice ID: 1522345
Law Firm Matter ID: 01256

Regarding:
Matter Authorization #: G62369-20140910
Matter Title: MODERN PLASTICS - SUBPOENA

Matter Contact: Fenton, Steven
Assigning Office: General
100 N Tryon St

Charlotte, NC 28255-0001

Invoice Description: 01256-737 LEG10378

Invoice Status:
AP Vendor ID: LBC0001202
GL Effective Date:

No rate enforcement

EXPENSES

| Date (mm/dd/yyyy) | Timekeeper | Charge Text | Units | Rate (USD) | Adj. (USD) | Tax (USD) | Net (USD) |
|---|---|---|---|---|---|---|---|
| 11/01/2014 | None | Data Processing (GB) | 602.96 | $95.00 | $0.00 | $0.00 (0%) | $57,281.20 |

INVOICE SUMMARY

| | (USD) |
|---|---|
| Fees: | $0.00 |
| Expenses: | $57,281.20 |
| Sub-Total: | $57,281.20 |
| Discounts,Credits: | $0.00 |
| Client Adjustments: | $0.00 |
| Fees Tax: | $0.00 |
| Expense Tax: | $0.00 |
| Cost share: | $0.00 |
| Net: | $57,281.20 |
| Prompt Pay: | $0.00 |
| Wasting Overage: | $0.00 |
| Total : | $57,281.20 |

CUMULATIVE SUMMARY

| | (USD) |
|---|---|
| Total Fees to Date: | $0.00 |
| Total Expenses to Date: | $0.00 |

E-Discovery services with respect to approximately 1,000,000 e-mail data files including:

- Data extraction and data processing of 944,926 data files (602.96 GB of data) from nine custodians according to parameters of the subpoena; deduplication of identical data files across custodians, loading of documents into Relativity® document review platform, indexing of data files for searching
- Data hosting for 276.87 GB of data for six months, with 24-hour hosting support
- Application of date filter and keyword search to approximately 1,000,000 data files to narrow review to approximately 15,501 potentially responsive data files
- Project management; training and supervision of 12 attorneys for document review of 15,501 potentially responsive data files in secure custom facilities
- First-pass review and Quality Control and Quality Assurance of 15,501 potentially responsive data files following date filter and keyword search applications for responsiveness, confidentiality, personal/private information, and privilege
- User licenses, training, and technical support for Dickinson Wright secure access to database, to allow Dickinson Wright to oversee and coordinate the review process and subpoena response
- Document production processing including conversion of data files into .tiff format and creation of load files containing associated metadata; electronic bates labeling and confidentiality stamping
- Project management services with respect to all of the above

November 10, 2014
INVOICE NO. 960045

BANK OF AMERICA
2600 WEST BIG BEAVER ROAD
TROY, MI 48084

ATTN: STEVE SIRAVO

RE: MODERN PLASTICS SUBPOENA
021348-00288

FOR SERVICES RENDERED as counsel to:
BANK OF AMERICA
from Sep 8, 2014 through Oct 31, 2014 as
set forth in the attached computer summary
of recorded time............................$ 5,616.10

DISBURSEMENTS...............................$ 16.75

-----------

TOTAL AMOUNT DUE............................$ 5,632.85

===========

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 960045
PAGE 2

| DATE | SERVICES | HOURS | VALUE |
|---|---|---|---|
| 09/08/14 | TBS Telephone calls and emails re [redacted]. | 1.20 | 555.60 |
| 09/08/14 | RLW Conference call with T. Sylwestrzak, S. Siravo, S. Fenton and J. Cariglia regarding [redacted] | .70 | 164.50 |
| 09/08/14 | RLW Review subpoena delivered to the Bank. | .30 | 70.50 |
| 09/08/14 | RLW Conference call with T. Sylwestrzak, S. Siravo, S. Fenton and J. Cariglia regarding [redacted] | .30 | 70.50 |
| 09/10/14 | TBS Telephone calls and emails re [redacted] | 1.90 | 879.70 |
| 09/11/14 | DFG Conference with Perdue, C. McDonald regarding [redacted] follow-up with R. Wolock regarding [redacted] | .40 | 183.20 |
| 09/14/14 | DFG Review proposed subpoena response, comments to same. | .50 | 229.00 |
| 09/15/14 | DFG Review additional comments to subpoena response. | .30 | 137.40 |
| 09/15/14 | TBS Gather and review documents re the subpoena. | 1.40 | 648.20 |
| 09/15/14 | RLW Review draft responses and objections. | .20 | 47.00 |
| 09/15/14 | RLW Discuss [redacted] with T. Sylwestrzak and C. McDonald. | .20 | 47.00 |
| 09/18/14 | TBS Emails and telephone calls re [redacted] | .30 | 138.90 |
| 09/18/14 | RLW Correspond over email with S. Siravo and C. McDonald [redacted] | .10 | 23.50 |
| 09/23/14 | DFG Follow-up on subpoena response issues, telephone calls and meeting with C. McDonald regarding [redacted] review correspondence from M. Demorest. | .20 | 91.60 |
| 09/25/14 | DFG Series of follow-up emails with C. McDonald regarding [redacted] telephone call regarding [redacted] | .10 | 45.80 |

021348-00288 INVOICE NO. 960045
BANK OF AMERICA PAGE 3
MODERN PLASTICS SUBPOENA

| | | | | |
|---|---|---|---|---|
| 10/01/14 | DFG | Review correspondence from M. Demorest, telephone calls with C. McDonald regarding [redacted], review and revise proposed correspondence. | .50 | 229.00 |
| 10/01/14 | RLW | Comment on draft correspondence to New Products' counsel regarding [redacted] | .20 | 47.00 |
| 10/01/14 | RLW | Communicate throughout the day with J. Cariglia and C. McDonald regarding [redacted] | .30 | 70.50 |
| 10/01/14 | KDF | Create Relativity workspace for case specific electronic data provided in anticipation of review and analysis of the materials. Secure and analyze electronic case data for incorporation into Relativity workspace, including review format, control identifiers, and optical character recognition of documents to facilitate the review and analysis of the case specific electronic data. | .70 | 136.50 |
| 10/02/14 | DFG | Review T. Sylwestrzak's correspondence, memo to C. McDonald regarding [redacted] | .20 | 91.60 |
| 10/02/14 | TBS | Review the [redacted] and draft a letter to M. Demorest. | .40 | 185.20 |
| 10/06/14 | DFG | Telephone call with C. McDonald regarding [redacted] | .10 | 45.80 |
| 10/06/14 | KDF | Create Relativity workspace for case specific electronic data provided in anticipation of review and analysis of the materials. Secure and analyze electronic case data for incorporation into Relativity workspace, including review format, control identifiers, and optical character recognition of documents to facilitate the review and analysis of the case specific electronic data. | 1.80 | 351.00 |
| 10/10/14 | TBS | Conference call re [redacted] | .60 | 277.80 |
| 10/10/14 | RLW | Conference call with the Bank, T. Sylwestrzak, C. McDonald and Huron legal contacts regarding [redacted] | .60 | 141.00 |

021348-00288 INVOICE NO. 960045
BANK OF AMERICA PAGE 4
MODERN PLASTICS SUBPOENA

| | | | |
|---|---|---|---|
| 10/10/14 | CKM Teleconference with Huron legal regarding [redacted] | .80 | 212.00 |
| 10/22/14 | DFG Conference with C. McDonald regarding [redacted] | .10 | 45.80 |
| 10/27/14 | CKM Communications with opposing counsel and Huron Consulting regarding results of initial search and teleconference regarding [redacted] | .40 | 106.00 |
| 10/30/14 | CKM Review and discuss [redacted] with S. Pawloski. | .50 | 132.50 |
| 10/31/14 | CKM Review documents; discuss [redacted] with R. Wolock. | .80 | 212.00 |

TOTAL HOURS 16.1

TOTAL SERVICES..............................$ 5,616.10

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | TELECOMMUNICATIONS | 15.00 |
| 09/15/14 | DUPLICATING SUPPLIES | 1.75 |

TOTAL DISBURSEMENTS ....................$ 16.75

December 5, 2014
INVOICE NO. 966207

BANK OF AMERICA
2600 WEST BIG BEAVER ROAD
TROY, MI 48084

ATTN: STEVE SIRAVO

RE: MODERN PLASTICS SUBPOENA
021348-00288

FOR SERVICES RENDERED as counsel to:
BANK OF AMERICA
from Nov 3, 2014 through Nov 30, 2014 as
set forth in the attached computer summary
of recorded time.........................$ 16,707.70

DISBURSEMENTS............................$ 19.30

------------

TOTAL AMOUNT DUE ........................$ 16,727.00

============

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 966207
PAGE 2

| DATE | SERVICES | HOURS | VALUE |
|---|---|---|---|
| 11/03/14 | TBS Review and discovery issues and telephone call re [redacted] | .60 | 277.80 |
| 11/03/14 | RLW Discuss with T. Sylwestrzak and C. McDonald [redacted] | .20 | 47.00 |
| 11/03/14 | RLW Review docket in adversary proceeding [redacted] | .40 | 94.00 |
| 11/03/14 | RLW Participate in all hands conference call with the Bank and Huron Legal regarding [redacted] | .70 | 164.50 |
| 11/03/14 | CKM Conference call with BOA team regarding [redacted] | 1.80 | 477.00 |
| 11/03/14 | KDF Conference call regarding [redacted] | .00 | .00 |
| 11/04/14 | DDQ Discuss issues [redacted] with T. Sylwestrzak. | .00 | .00 |
| 11/04/14 | TBS Review and discuss [redacted] with R. Wolock. | .60 | 277.80 |
| 11/05/14 | CKM Teleconference with R. Wolock regarding [redacted] | .40 | 106.00 |
| 11/06/14 | DFG Review and response to C. McDonald inquiry regarding [redacted] follow-up discussion with C. McDonald regarding [redacted] | .00 | .00 |
| 11/06/14 | KMH Review and analyze proposed budget for third-party collection and review of subpoena material. Conference with C. McDonald re [redacted] | .30 | 114.00 |

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 966207
PAGE 3

| | | | |
|---|---|---|---|
| 11/06/14 | CKM Meet with D. Gosch to discuss [redacted] teleconference with R. Wolock regarding [redacted] teleconference with K. Haladyna regarding [redacted] | 1.90 | 503.50 |
| 11/10/14 | DFG Follow-up with C. McDonald regarding [redacted] | .00 | .00 |
| 11/10/14 | TBS Review issues and conferences re [redacted] | .50 | 231.50 |
| 11/10/14 | RLW Telephone calls with C. McDonald, T. Sylwestrzak and S. Fenton regarding [redacted] and participate in the all hands call regarding [redacted] | .50 | 117.50 |
| 11/10/14 | CKM Teleconferences with BOA and Huron Legal regarding [redacted] Discussions with D. Gosch, R. Wolock, T. Sylwestrzak regarding [redacted] Review case law [redacted] | 1.90 | 503.50 |
| 11/10/14 | SP Prepare for document review with C. McDonald and R. Wolock; obtain requested case law for C. McDonald. | 1.00 | 175.00 |
| 11/11/14 | SRK Conferences with C. McDonald re [redacted] | .00 | .00 |
| 11/11/14 | RLW Meet with C. McDonald and S. Pawloski and review hard files for the subpoena response. | 4.30 | 1,010.50 |
| 11/11/14 | CKM Review and analyze Bank hard copy files for compliance with New Products' subpoena. Discuss [redacted] with T. Sylwestrzak, R. Wolock, S. Knapp, and S. Pawloski. | 7.00 | 1,855.00 |
| 11/11/14 | SP Assist C. McDonald and R. Wolock with document review; review and summarize case law for C. McDonald. | 7.00 | 1,225.00 |
| 11/13/14 | SP Redact and prepare documents for production. | 1.50 | 262.50 |
| 11/14/14 | SP Assist with document production; redactions. | .80 | 140.00 |
| 11/17/14 | TBS Production issues. | .70 | 324.10 |
| 11/17/14 | TBS Conference call re [redacted] | .50 | 231.50 |

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 966207
PAGE 4

| | | |
|---|---|---|
| 11/17/14 RLW Conference call with the Bank, Huron Legal, T. Sylwestrzak and C. McDonald regarding [redacted] | .50 | 117.50 |
| 11/17/14 RLW Telephone calls with C. McDonald and T. Sylwestrzak regarding [redacted] | .20 | 47.00 |
| 11/17/14 CKM Teleconferences with R. Wolock regarding [redacted] teleconference with BOA and Huron Legal regarding [redacted] discuss [redacted] with K. Bonner; email correspondence to K. Haladyna regarding [redacted] | 1.70 | 450.50 |
| 11/17/14 SP Assist with document production. | .60 | 105.00 |
| 11/18/14 TBS Prepare for and conference call. | .60 | 277.80 |
| 11/18/14 KMH Communications with C. McDonald and R. Wolock re [redacted] Review and analyze standard Huron Legal protocol. | .40 | 152.00 |
| 11/18/14 CKM Email correspondence regarding [redacted] | .20 | 53.00 |
| 11/19/14 KMH Analyze subpoena. Conference with C. McDonald and R. Wolock re [redacted] | 2.00 | 760.00 |
| 11/19/14 RLW Review [redacted] preparation for conference call discussion. | .70 | 164.50 |
| 11/19/14 RLW Conference call with K. Haladyna and C. McDonald regarding [redacted] | 1.30 | 305.50 |
| 11/19/14 CKM Telephone discussion with R. Wolock and K. Haladyna regarding [redacted] review training document; email correspondence with Huron Legal relating to [redacted] | 1.30 | 344.50 |
| 11/20/14 SP Document review; prepare documents for production. | 2.00 | 350.00 |

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 966207
PAGE 5

| | | | | |
|---|---|---|---|---|
| 11/21/14 | RLW | Communicate over email with J. Kavanagh and S. Fenton regarding [redacted] | .20 | 47.00 |
| 11/23/14 | CKM | Review email correspondence related to [redacted] | .20 | 53.00 |
| 11/24/14 | KMH | Analyze [redacted] from client. Communications with C. McDonald and R. Wolock re [redacted] and continue document review protocol planning. | .20 | 76.00 |
| 11/24/14 | RLW | Correspond over email regarding [redacted] with C. McDonald. | .10 | 23.50 |
| 11/24/14 | RLW | Review materials related to [redacted] from S. Fenton, J. Kavanagh, and T. Sylwestrzak. | .20 | 47.00 |
| 11/24/14 | SP | Review files [redacted] email correspondence regarding [redacted] | 1.20 | 210.00 |
| 11/25/14 | KMH | Review and analyze draft document review protocol. Receive and review privilege name list. Conference with R. Wolock and C. McDonald re [redacted] Receive and review email communications with Huron Legal and clients. | 2.40 | 912.00 |
| 11/25/14 | RLW | Review the draft review protocol. | .50 | 117.50 |
| 11/25/14 | RLW | Conference call with K. Haladyna and C. McDonald regardin [redacted] | 1.20 | 282.00 |
| 11/25/14 | CKM | Draf [redacted] teleconference with R. Wolock and K. Haladyna regarding [redacted] | 2.70 | 715.50 |
| 11/26/14 | TBS | Review the protocol and meet with R. Wolock re [redacted] | 1.10 | 509.30 |
| 11/26/14 | RLW | Discuss [redacted] with T. Sylwestrzak in connection with [redacted] | .40 | 94.00 |
| 11/26/14 | CKM | Review [redacted] | .50 | 132.50 |
| 11/29/14 | RLW | Review [redacted] in preparation for revising the protocol. | 1.40 | 329.00 |

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 966207
PAGE 6

| | | | |
|---|---|---|---|
| 11/30/14 | TBS Review and revise [redacted] | 1.30 | 601.90 |
| 11/30/14 | RLW Revise the review [redacted] | 5.50 | 1,292.50 |

TOTAL HOURS 63.2

TOTAL SERVICES..............................$ 16,707.70

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | TELECOMMUNICATIONS | 5.50 |
| | CERT. COPIES/OFFL RECORDS | 13.80 |

TOTAL DISBURSEMENTS.........................$ 19.30

PRIOR AMOUNT DUE:

| INV DATE | INV NO. | BILL AMOUNT | PAYMENTS | BAL DUE |
|---|---|---|---|---|
| 11/10/14 | 960045 | $5632.85 | $.00 | $5632.85 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

January 30, 2015
INVOICE NO. 977631

BANK OF AMERICA
2600 WEST BIG BEAVER ROAD
TROY, MI 48084

ATTN: STEVE SIRAVO

RE: MODERN PLASTICS SUBPOENA
021348-00288

| | |
|---|---|
| FOR SERVICES RENDERED as counsel to: BANK OF AMERICA from Dec 1, 2014 through Dec 31, 2014 as set forth in the attached computer summary of recorded time............................$ | 20,755.00 |
| DISBURSEMENTS...............................$ | 720.98 |
| | ------------ |
| TOTAL AMOUNT DUE...........................$ | 21,475.98 |
| | ============ |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 2

| DATE | | SERVICES | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/14 | TBS | Prepare for and conference call. | .60 | 277.80 |
| 12/01/14 | KMH | Various email communications with R. Wolock and C. McDonald re [redacted] Revise and comment on revisions to protocol. Telephone conference with R. Wolock re [redacted] Telephone conference with Bank and Huron Legal re [redacted] Conference with R. Wolock re [redacted] Receive and review background materials, communications and proposed PO with Plaintiff. Communications with C. McDonald re [redacted] | 2.80 | 966.00 |
| 12/01/14 | RLW | Meet with T. Sylwestrzak to discuss [redacted] | .30 | 70.50 |
| 12/01/14 | RLW | Revise the review protocol [redacted] | .80 | 188.00 |
| 12/01/14 | RLW | Review K. Haladyna's comments to the revised protocol. | .30 | 70.50 |
| 12/01/14 | RLW | Telephone call with K. Haladyna [redacted] | .30 | 70.50 |
| 12/01/14 | RLW | Review protocol and other materials in preparation for all hands conference call with the Bank and Huron Legal to discuss [redacted] | .80 | 188.00 |
| 12/01/14 | RLW | Participate in conference call with Huron Legal and the Bank regarding [redacted] | .80 | 188.00 |
| 12/01/14 | CKM | Review protocol; email correspondence regarding [redacted] with R. Wolock and K. Haladyna. | .80 | 192.00 |
| 12/01/14 | SP | Meet with D4 regarding document production; telephone call and email correspondence regarding the same. | .30 | 52.50 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 3

| | | | | |
|---|---|---|---|---|
| 12/02/14 | KMH | Various communications and conferences with C. McDonald and R. Wolock re [redacted] Telephone conference with Bank of America re [redacted] | 1.20 | 414.00 |
| 12/02/14 | RLW | Communicate with K. Haladyna and C. McDonald [redacted] and after conference call regarding [redacted] | .40 | 94.00 |
| 12/02/14 | RLW | Conference call with J. Kavanaugh, S. Fenton, J. Cariglia, K. Haladyna, and C. McDonald regarding [redacted] | .80 | 188.00 |
| 12/02/14 | CKM | Communications regarding [redacted] | .50 | 120.00 |
| 12/02/14 | SP | Telephone call with outside vendor regarding document production; assist C. McDonald with gaining access outside vendor's Relativity; email correspondence regarding the same. | .50 | 87.50 |
| 12/03/14 | KMH | Analyze draft document review protocol and revisions. Suggest additional revisions to same. Receive and review various email communications from R. Wolock and clients and Huron Legal re [redacted] Attend to access Relativity for document review. | .80 | 276.00 |
| 12/03/14 | RLW | Revise the protocol [redacted] | .60 | 141.00 |
| 12/03/14 | RLW | Communicate with K. Haladyna, C. McDonald, and Huron Legal contacts regarding [redacted] | .30 | 70.50 |
| 12/03/14 | CKM | Review protocol; prepare email [redacted] to D. Gosch and S. Knapp; communications regarding [redacted] | 1.50 | 360.00 |
| 12/03/14 | SP | Telephone calls and email correspondence related to accessing outside vendor's Relativity. | .60 | 105.00 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 4

| | | | | |
|---|---|---|---|---|
| 12/04/14 | KMH | Email communications with R. Wolock and Huron Legal re [redacted] Telephone conference with Huron Legal [redacted] Email communications with R. Wolock and C. McDonald re [redacted] | 1.60 | 552.00 |
| 12/04/14 | RLW | Communicate with K. Haladyna regarding [redacted] | .10 | 23.50 |
| 12/04/14 | RLW | Revise the protocol. | .20 | 47.00 |
| 12/04/14 | CKM | Communications regarding [redacted] | .50 | 120.00 |
| 12/04/14 | SP | Begin reviewing document production scanned by outside vendor to ensure accuracy; review samples of privileged communications for the Project Montoya training; email correspondence regarding [redacted] work with the IT Department to gain access to outside vendor's Relativity page; assist C. McDonald with the same. | 3.80 | 665.00 |
| 12/05/14 | DFG | Conference with C. McDonald, S. Knapp regarding [redacted] | .30 | 137.40 |
| 12/05/14 | KMH | Review and analyze [redacted] from Huron Legal. | .30 | 103.50 |
| 12/05/14 | CKM | Telephone call with D. Gosch and S. Knapp regarding [redacted] | .50 | 120.00 |
| 12/05/14 | SP | Assist with document production; review documents received from outside vendor for production. | 1.50 | 262.50 |
| 12/07/14 | KMH | Review coding set-up in Relativity. Prepare list of outstanding issues and questions for Huron Legal re [redacted] Email communications with R. Wolock and C. McDonald re [redacted] | 1.10 | 379.50 |
| 12/08/14 | KMH | Meet with R. Wolock and C. McDonald re [redacted] Telephone conference with R. Wolock and Huron Legal re [redacted] Telephone conference with Bank of | 4.60 | 1,587.00 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 5

| | | | | |
|---|---|---|---|---|
| | | America, R. Wolock and C. McDonald re [redacted] Review and analyze revised protocol and further revisions to same. Prepare privilege exhibits and analysis for use in training. Prepare outline and notes for training session. Review and analyze R. Wolock's revisions and additional examples. Receive final protocol and handouts. | | |
| 12/08/14 | RLW | Telephone calls with K. Haladyna, C. McDonald, Huron Legal representatives, and J. Kavanagh throughout the day regarding [redacted] | 2.50 | 587.50 |
| 12/08/14 | RLW | Review and comment on certain draft training materials. | 1.50 | 352.50 |
| 12/08/14 | RLW | Prepare and compile certain handout materials for the training. | 1.10 | 258.50 |
| 12/08/14 | RLW | [redacted] discussions with K. Haladyna, C. McDonald, Huron Legal and J. Kavanagh. | .50 | 117.50 |
| 12/08/14 | CKM | Communications with R. Wolock and K. Haladyna regarding [redacted] Draft privilege analysis and review examples. | 1.90 | 456.00 |
| 12/08/14 | SP | Assist C. McDonald with document production; take notes during conference call [redacted] analyze client emails and draft sample instructions [redacted] email correspondence regarding the [redacted] | 1.80 | 315.00 |
| 12/09/14 | KMH | Prepare for and attend document review training for Huron Legal. Meet with R. Wolock and C. McDonald re [redacted] Communications with Lorraine re [redacted] Review and analyze document review report and questions. | 3.30 | 1,138.50 |
| 12/09/14 | RLW | Prepare for conducting the review training with Huron Legal. | 1.40 | 329.00 |
| 12/09/14 | RLW | Conduct the Huron Legal training session. | 1.20 | 282.00 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 6

| | | | | |
|---|---|---|---|---|
| 12/09/14 | CKM | Attend training for document review hosted by Huron Legal; follow-up discussion; [redacted] review document review report. | 2.00 | 480.00 |
| 12/10/14 | KMH | [redacted] in response to Huron Legal document review questions. Email communications with Huron Legal re [redacted] Conference with R. Wolock and C. McDonald re [redacted] Review and analyze documents [redacted] Telephone conference with R. Wolock, C. McDonald and client re [redacted] Prepare notes for additional conversation with reviewers on coding. | 4.10 | 1,414.50 |
| 12/10/14 | RLW | Review questions from Huron Legal. | .60 | 141.00 |
| 12/10/14 | RLW | Discuss [redacted] with K. Haladyna and C. McDonald. | .30 | 70.50 |
| 12/10/14 | RLW | Draft response to questions. | .20 | 47.00 |
| 12/10/14 | RLW | Conference call with K. Haladyna, C. McDonald, and J. Kavanagh regarding [redacted] | .20 | 47.00 |
| 12/10/14 | CKM | Review Huron Legal questions and respond to same; conference call regarding [redacted] email correspondence with Huron Legal team regarding [redacted] | 2.70 | 648.00 |
| 12/11/14 | KMH | Analyze R. Wolock's comments to document questions. Confirm quality control tagging of documents. Receive and review communications from R. Wolock to Huron Legal [redacted] | .60 | 207.00 |
| 12/11/14 | RLW | Review sample set of reviewed documents. | 1.40 | 329.00 |
| 12/11/14 | RLW | Respond to correspondence with K. Haladyna and C. McDonald regarding [redacted] | .30 | 70.50 |
| 12/11/14 | RLW | Respond to review questions from Huron Legal. | .30 | 70.50 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 7

| | | | | |
|---|---|---|---|---|
| 12/11/14 | CKM | [redacted] | .30 | 72.00 |
| 12/11/14 | SP | Review sample set documents in Relativity; email correspondence and conference with C. McDonald regarding [redacted] | 2.00 | 350.00 |
| 12/12/14 | KMH | Review and analyze Huron Legal questions regarding [redacted] Email communications and telephone conference with R. Wolock re [redacted] Email communications with Huron Legal re [redacted] | .80 | 276.00 |
| 12/12/14 | RLW | Research additional review questions from Huron Legal. | .30 | 70.50 |
| 12/12/14 | RLW | Respond to additional review questions from Huron Legal. | .20 | 47.00 |
| 12/14/14 | KMH | Review and analyze documents [redacted] Email communications with R. Wolock and C. McDonald re [redacted] | 1.50 | 517.50 |
| 12/14/14 | RLW | Review batch subset documents. | 1.00 | 235.00 |
| 12/14/14 | CKM | Email correspondence regarding [redacted] (.2); review sample documents on Relativity (.3). | .50 | 120.00 |
| 12/15/14 | CKM | [redacted] | .20 | 48.00 |
| 12/15/14 | CKM | Communications with R. Wolock and Huron Legal team regarding [redacted] ith R. Wolock. | .30 | 72.00 |
| 12/15/14 | SP | Assist C. McDonald with document review; review sample batch. | 3.00 | 525.00 |
| 12/16/14 | KMH | Email communications with C. McDonald and R. Wolock re [redacted] | .20 | 69.00 |
| 12/16/14 | CKM | Review Bank of America emails from Huron Legal (.2); discuss same with S. Pawloski (.2); email correspondence regarding [redacted] with K. Haladyna and R. Wolock (.3); discuss [redacted] with D. Gosch (.2); review Modern Plastics bankruptcy pleadings (.2). | 1.10 | 264.00 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 8

| | | | | |
|---|---|---|---|---|
| 12/16/14 | SP | Conference with C. McDonald (.2); review batch of samples from Huron (.3). | .50 | 87.50 |
| 12/17/14 | KMH | Email communications from Huron Legal re [redacted] | .20 | 69.00 |
| 12/18/14 | KMH | Communications with R. Wolock and C. McDonald re [redacted] Email communications with Huron Legal re [redacted] | .40 | 138.00 |
| 12/18/14 | CKM | Email correspondence regarding [redacted] | .20 | 48.00 |
| 12/19/14 | KMH | Conference with R. Wolock and C. McDonald re [redacted] | .40 | 138.00 |
| 12/19/14 | RLW | Conference call with K. Haladyna and C. McDonald regarding [redacted] | .20 | 47.00 |
| 12/19/14 | CKM | Telephone call with R. Wolock and K. Haladyna regarding [redacted] | .10 | 24.00 |
| 12/22/14 | DFG | Review court opinion on summary judgment motions (.3); telephone call with C. McDonald [redacted] .2). | .50 | 229.00 |
| 12/22/14 | KMH | Communications with R. Wolock, client and Huron Legal re [redacted] | .20 | 69.00 |
| 12/22/14 | RLW | Review the Memorandum of Decision and Order in the adversary proceeding. | .50 | 117.50 |
| 12/22/14 | RLW | Discuss this review and next steps with C. McDonald regarding [redacted] | .20 | 47.00 |
| 12/22/14 | CKM | Review Dales opinion in Modern Plastics litigation (.6); discuss [redacted] with D. Gosch and R. Wolock [redacted] (.2). | .80 | 192.00 |
| 12/23/14 | KMH | Receive and review revised budget and estimated privilege log and redaction review fees from Huron Legal. | .20 | 69.00 |
| 12/23/14 | RLW | Communicate with C. McDonald and Huron Legal contacts regarding [redacted] | .30 | 70.50 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 9

| | | | | |
|---|---|---|---|---|
| 12/23/14 | RLW | [redacted] in preparation for meeting with T. Sylwestrzak and conference call discussion. | .20 | 47.00 |
| 12/23/14 | RLW | Meet with T. Sylwestrzak in preparation for conference call discussion with the Bank regarding [redacted] | .10 | 23.50 |
| 12/23/14 | RLW | Conference call with T. Sylwestrzak, C. McDonald, S. Siravo, S. Fenton and J. Kavanagh regarding [redacted] | .50 | 117.50 |
| 12/23/14 | CKM | Teleconferences with R. Wolock, Huron Legal, and Bank of America regarding [redacted] | 1.30 | 312.00 |
| 12/24/14 | CKM | Email correspondence with S. Siravo regarding [redacted] | .20 | 48.00 |
| 12/29/14 | CKM | Email correspondence regarding [redacted] | .10 | 24.00 |
| 12/30/14 | DFG | Telephone calls with C. McDonald regarding [redacted] | .40 | 183.20 |
| 12/30/14 | CKM | Telephone calls with M. Demorest, R. Wolock, and D. Gosch regarding subpoena response. | .50 | 120.00 |
| 12/31/14 | DFG | Review and revise proposed email regarding [redacted] | .70 | 320.60 |
| 12/31/14 | KMH | Email communications from C. McDonald and R. Wolock re [redacted] | .20 | 69.00 |

TOTAL HOURS 77.7

TOTAL SERVICES..............................$ 20,755.00

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 977631
PAGE 10

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | TELECOMMUNICATIONS | 5.50 |
| | SERVICE FEE | 715.48 |
| | TOTAL DISBURSEMENTS........................$ | 720.98 |

PRIOR AMOUNT DUE:

| INV DATE | INV NO. | BILL AMOUNT | PAYMENTS | BAL DUE |
|---|---|---|---|---|
| 11/10/14 | 960045 | $5520.35 | $.00 | $5520.35 |
| 12/05/14 | 966207 | $16051.50 | $.00 | $16051.50 |

ACCOUNT WITH

http://www.dickinsonwright.com

February 13, 2015
INVOICE NO. 980560

BANK OF AMERICA
2600 WEST BIG BEAVER ROAD
TROY, MI 48084

ATTN: STEVE SIRAVO

RE: MODERN PLASTICS SUBPOENA
021348-00288

| | |
|---|---|
| FOR SERVICES RENDERED as counsel to: BANK OF AMERICA from Jan 3, 2015 through Jan 27, 2015 as set forth in the attached computer summary of recorded time............................$ | 11,997.00 |
| DISBURSEMENTS..............................$ | 25.35 |
| | ------------ |
| TOTAL AMOUNT DUE...........................$ | 12,022.35 |
| | ============ |

IN ACCOUNT WITH

http://www.dickinsonwright.com

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 980560
PAGE 2

| DATE | SERVICES | HOURS | VALUE |
|---|---|---|---|
| 01/03/15 TBS | Review email from M. Demorest (.1). Revise [redacted] | .30 | 138.90 |
| 01/03/15 CKM | Internal email correspondence regarding [redacted] | .20 | 48.00 |
| 01/04/15 CKM | Revise memo to M. Demorest regarding [redacted] Email correspondence regarding [redacted] | .40 | 96.00 |
| 01/05/15 DFG | Review [redacted] | .50 | 229.00 |
| 01/05/15 TBS | Review and revise [redacted] | .20 | 92.60 |
| 01/05/15 KMH | Email communications with C. McDonald and R. Wolock re [redacted] | .20 | 69.00 |
| 01/05/15 RLW | Review [redacted] | .50 | 117.50 |
| 01/05/15 CKM | Telephone conference with R. Wolock regarding [redacted] Revise [redacted] Email correspondence regarding [redacted] Review [redacted] | 1.10 | 264.00 |
| 01/05/15 SP | Assist C. McDonald with [redacted] Conference with C. McDonald regarding [redacted] | 3.50 | 612.50 |
| 01/06/15 DFG | Conference call with M. Demorest regarding production and fees (.2). Follow-up discussion with C. McDonald regarding [redacted] | .40 | 183.20 |
| 01/06/15 KMH | Review and analyze [redacted] Telephone conference with R. Wolock re [redacted] Communications with R. Wolock and C. McDonald re [redacted] Review and analyze [redacted] | 3.80 | 1,311.00 |
| 01/06/15 RLW | Review [redacted] | 1.10 | 258.50 |

IN ACCOUNT WITH

http://www.dickinsonwright.com

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 980560
PAGE 3

| | | | | |
|---|---|---|---|---|
| 01/06/15 | CKM | Telephone conference with R. Wolock regarding [redacted] Coordinate conference call with Huron Legal (.2). Teleconference with R. Wolock regarding [redacted] | .80 | 192.00 |
| 01/07/15 | KMH | Review and analyze [redacted] Review and analyze [redacted] Telephone conference with R. Wolock and C. McDonald re [redacted] Various email communications with Huron Legal re [redacted] | 2.90 | 1,000.50 |
| 01/07/15 | RLW | Review [redacted] | .20 | 47.00 |
| 01/07/15 | RLW | Telephone calls with K. Haladyna and C. McDonald regarding [redacted] | .50 | 117.50 |
| 01/07/15 | RLW | Conference call with Huron Legal and C. McDonald regarding [redacted] | .60 | 141.00 |
| 01/07/15 | RLW | Continue [redacted] review [redacted] | 1.00 | 235.00 |
| 01/07/15 | CKM | Email correspondence regarding [redacted] Teleconference with Huron Legal regarding [redacted] (.3). Discussion with BOA regarding [redacted] (.2). Review [redacted] (.5). Email correspondence regarding [redacted] (.4). | 1.70 | 408.00 |
| 01/08/15 | KMH | Email communications with R. Wolock and C. McDonald re [redacted] (.2). Receive and review email communications from R. Wolock and Huron Legal re [redacted] .2) | .40 | 138.00 |
| 01/08/15 | RLW | [redacted] review of [redacted] | 2.40 | 564.00 |
| 01/08/15 | CKM | Email correspondence regarding [redacted] | .10 | 24.00 |

IN ACCOUNT WITH

http://www.dickinsonwright.com

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 980560
PAGE 4

| | | | | |
|---|---|---|---|---|
| 01/09/15 | KMH | Email communications with R. Wolock and C. McDonald re [redacted] (.1). Receive and review email communications from Huron Legal re [redacted] (.2). Receive and review email communications from Huron Legal re [redacted] (.2). | .50 | 172.50 |
| 01/09/15 | RLW | Continue [redacted] | .50 | 117.50 |
| 01/09/15 | CKM | Email correspondence regarding [redacted] (.1). Email correspondence with R. Wolock regarding [redacted] (.1). | .20 | 48.00 |
| 01/11/15 | RLW | Continue [redacted] review [redacted] | .40 | 94.00 |
| 01/11/15 | CKM | Email with R. Wolock regarding [redacted] | .10 | 24.00 |
| 01/12/15 | KMH | Telephone conference with R. Wolock re [redacted] (.3). Telephone call with clients and Huron Legal (.3). Conference with R. Wolock and C. McDonald re [redacted] (.5). Telephone conference with J. Kavanaugh and R. Wolock re [redacted] (.2). Review [redacted] from R. Wolock to Huron Legal (.3). | 1.60 | 552.00 |
| 01/12/15 | RLW | Conference calls with Huron Legal and Bank contacts regarding [redacted] | 1.10 | 258.50 |
| 01/12/15 | RLW | Conference call with K. Haladyna and J. Kavanagh regarding [redacted] | .40 | 94.00 |
| 01/12/15 | RLW | Send email to Huron Legal regarding [redacted] | .30 | 70.50 |
| 01/12/15 | CKM | Telephone conferences with R. Wolock regarding [redacted] (.3). Teleconference with Huron Legal regarding [redacted] (.5). Discuss [redacted] with D. Gosch (.3). | 1.10 | 264.00 |

IN ACCOUNT WITH

http://www.dickinsonwright.com

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 980560
PAGE 5

| | | | | |
|---|---|---|---|---|
| 01/12/15 | SP | Review [redacted] Telephone calls with D4 to have them re-do files on discs. | .40 | 70.00 |
| 01/13/15 | DFG | Conference call regarding [redacted] | .40 | 183.20 |
| 01/13/15 | KMH | Receive and review email communications from R. Wolock and Huron Legal re [redacted] (.2). Email communications with C. McDonald re [redacted] (.1). | .30 | 103.50 |
| 01/13/15 | RLW | Communicate with Huron Legal regarding [redacted] | .10 | 23.50 |
| 01/13/15 | RLW | Continue review of [redacted] | 1.10 | 258.50 |
| 01/13/15 | CKM | Review email correspondence from Huron Legal regarding [redacted] | .20 | 48.00 |
| 01/14/15 | KMH | Email communications with Huron Legal, Bank of America, R. Wolock and C. McDonald re [redacted] (.5). Telephone conference with R. Wolock re [redacted] (.2). | .70 | 241.50 |
| 01/14/15 | RLW | Review [redacted] | .40 | 94.00 |
| 01/14/15 | RLW | Communicate throughout the day with Huron Legal contacts regarding [redacted] | .50 | 117.50 |
| 01/14/15 | CKM | Teleconference with R. Wolock regarding [redacted] | .30 | 72.00 |
| 01/16/15 | KMH | Review and analyze [redacted] | .60 | 207.00 |
| 01/16/15 | SP | Review [redacted] | .30 | 52.50 |
| 01/20/15 | KMH | Review [redacted] (.2). [redacted] (.1). Revise [redacted] (.2). Email communications with C. McDonald re [redacted] (.3). | .80 | 276.00 |

IN ACCOUNT WITH

http://www.dickinsonwright.com

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 980560
PAGE 6

| | | | | |
|---|---|---|---|---|
| 01/20/15 | CKM | Email correspondence related to [redacted] (.2). Review [redacted] from R. Wolock (.2). | .40 | 96.00 |
| 01/20/15 | SP | Conference and email correspondence with C. McDonald and Huron re [redacted] | 1.00 | 175.00 |
| 01/21/15 | KMH | Various email communications with R. Wolock, C. McDonald and Huron Legal re [redacted] (.3). Communications with C. McDonald re [redacted] (.3). Participate in conference call with clients, Huron Legal and R. Wolock (.6). | 1.20 | 414.00 |
| 01/21/15 | RLW | Review correspondence regarding [redacted] | .50 | 117.50 |
| 01/21/15 | RLW | Correspond over email with Huron Legal contacts regarding [redacted] | .30 | 70.50 |
| 01/21/15 | RLW | Conference call with Huron Legal, Bank contacts, and K. Haladyna regarding [redacted] | .60 | 141.00 |
| 01/21/15 | RLW | Communicate with J. Kavanagh regarding [redacted] | .10 | 23.50 |
| 01/21/15 | RLW | Send email to Huron Legal regarding [redacted] | .10 | 23.50 |
| 01/21/15 | CKM | Review email communications related to [redacted] (.3). Discuss [redacted] with R. Wolock (.2). | .50 | 120.00 |
| 01/26/15 | DFG | Review [redacted] | .20 | 91.60 |
| 01/26/15 | KMH | Various email communications with R. Wolock and C. McDonald re [redacted] (.3). Review and analyze [redacted] | .60 | 207.00 |

IN ACCOUNT WITH

http://www.dickinsonwright.com

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 980560
PAGE 7

| | | | | |
|---|---|---|---|---|
| 01/26/15 | RLW | Review [redacted] | .40 | 94.00 |
| 01/26/15 | RLW | Conference call with Huron Legal, Bank of America and C. McDonald regarding [redacted] | .40 | 94.00 |
| 01/26/15 | CKM | Email correspondence regarding [redacted] (.2). Teleconferences with Bank of America and Huron Legal regarding [redacted] (.5). Communications with R. Wolock and K. Haladyna regarding [redacted] (.4). | 1.10 | 264.00 |
| 01/26/15 | CKM | Review and revise [redacted] | .50 | 120.00 |
| 01/27/15 | CKM | Review [redacted] (.3). Redact [redacted] (.2). Discuss [redacted] with R. Wolock (.4). | .90 | 216.00 |

TOTAL HOURS 43.9

TOTAL SERVICES..............................$ 11,997.00

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | TELECOMMUNICATIONS | 6.25 |
| | CERT. COPIES/OFFL RECORDS | 19.10 |

TOTAL DISBURSEMENTS........................$ 25.35

PRIOR AMOUNT DUE:

| INV DATE | INV NO. | BILL AMOUNT | PAYMENTS | BAL DUE |
|---|---|---|---|---|
| 11/10/14 | 960045 | $5520.35 | $.00 | $5520.35 |
| 12/05/14 | 966207 | $16051.50 | $.00 | $16051.50 |
| 01/30/15 | 977631 | $21475.98 | $.00 | $21475.98 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

March 9, 2015
INVOICE NO. 984150

BANK OF AMERICA
2600 WEST BIG BEAVER ROAD
TROY, MI 48084

ATTN: STEVE SIRAVO

RE: MODERN PLASTICS SUBPOENA
021348-00288

| | | |
|---|---|---|
| FOR SERVICES RENDERED as counsel to: BANK OF AMERICA from Feb 1, 2015 through Feb 21, 2015 as set forth in the attached computer summary of recorded time............................ | $ | 10,648.50 |
| DISBURSEMENTS............................... | $ | 6.00 |
| TOTAL AMOUNT DUE........................... | $ | 10,654.50 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 984150
PAGE 2

| DATE | SERVICES | HOURS | VALUE |
|---|---|---|---|
| 02/01/15 | KMH Receive and review [redacted] | .20 | 69.00 |
| 02/02/15 | DFG Preliminary review [redacted] (.1). Follow-up with C. McDonald regarding [redacted] (.1). | .20 | 91.60 |
| 02/02/15 | TBS Telephone calls re [redacted] (.2). Review [redacted] (.1). | .30 | 138.90 |
| 02/02/15 | KMH Email communications with R. Wolock and C. McDonald re [redacted] (.2). Review and analyze [redacted] (.1). Receive and review [redacted] (.1). | .40 | 138.00 |
| 02/02/15 | RLW Revise [redacted] | .10 | 23.50 |
| 02/02/15 | RLW Communicate with C. McDonald, J. Kavanagh and Huron Legal contacts regarding [redacted] | .10 | 23.50 |
| 02/02/15 | CKM Email with Huron Legal regarding [redacted] (.2). Communications with K. Haladyna and R. Wolock regarding [redacted] (.1). | .30 | 72.00 |
| 02/03/15 | DFG Review and response [redacted] (.2). Review [redacted] (.3). Follow-up memo to working group regarding [redacted] (.1). | .60 | 274.80 |
| 02/03/15 | CKM Review [redacted] (.5). Email correspondence and meeting with D. Gosch regarding [redacted] (.9). | 1.40 | 336.00 |
| 02/04/15 | DFG Review [redacted] | .40 | 183.20 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 984150
PAGE 3

| | | | | |
|---|---|---|---|---|
| 02/04/15 | KMH | Receive and review [redacted] (.2). Communications with R. Wolock and C. McDonald re [redacted] (.2). Review and analyze [redacted] (.3). Analyze [redacted] (.3). Communications with C. McDonald re [redacted] (.2). Review [redacted] (.4). | 1.60 | 552.00 |
| 02/04/15 | CKM | Email correspondence with R. Wolock and K. Haladyna regarding [redacted] (.4). Review email from Huron Legal relating to [redacted] (.3). | .70 | 168.00 |
| 02/05/15 | DFG | Telephone call with C. McDonald regarding [redacted] (.1). Telephone call with T. Sylwestrzak regarding [redacted] (.1). | .20 | 91.60 |
| 02/05/15 | KMH | Telephone conference with R. Wolock and C. McDonald re [redacted] (.5). Prepare and revise [redacted] (2.7). | 3.20 | 1,104.00 |
| 02/05/15 | RLW | Conference call with K. Haladyna and C. McDonald regarding [redacted] | .50 | 117.50 |
| 02/05/15 | CKM | Conference with K. Haladyna and R. Wolock regarding [redacted] (.3). Review [redacted] (.2). Draft [redacted] (.3). | .80 | 192.00 |
| 02/09/15 | DFG | Review [redacted] | .10 | 45.80 |
| 02/09/15 | TBS | Review [redacted] | .30 | 138.90 |
| 02/09/15 | CKM | Revise [redacted] (1). Emails with S. Knapp and D. Gosch regarding [redacted] (.1). | 1.10 | 264.00 |
| 02/09/15 | CKM | Email correspondence with Huron Legal and S. Pawloski regarding [redacted] | .40 | 96.00 |
| 02/09/15 | SP | Perform [redacted] | 1.50 | 262.50 |
| 02/09/15 | SP | Run [redacted] | .20 | 35.00 |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 984150
PAGE 4

| | | | | |
|---|---|---|---|---|
| 02/10/15 | KMH | Communications with R. Wolock and C. McDonald re [redacted] | .20 | 69.00 |
| 02/10/15 | CKM | Draft [redacted] (.4). Email correspondence regarding [redacted] (.3). | .70 | 168.00 |
| 02/10/15 | SP | Various email correspondence with Ms. Warner of Huron Consulting re [redacted] | .20 | 35.00 |
| 02/10/15 | SP | Perform [redacted] | .50 | 87.50 |
| 02/12/15 | KMH | Receive and review [redacted] | .20 | 69.00 |
| 02/16/15 | CKM | Draft [redacted] (2.7). Discuss [redacted] with S. Pawloski (.3). | 3.00 | 720.00 |
| 02/16/15 | SP | Assist C. McDonald with [redacted] | 1.50 | 262.50 |
| 02/17/15 | CKM | Draft [redacted] (3). Email correspondence with Dickinson Wright team regarding [redacted] (.5). | 3.50 | 840.00 |
| 02/18/15 | DFG | Preliminary review [redacted] (.6). Telephone call with T. Sylwestrzak regarding [redacted] (.1). | .70 | 320.60 |
| 02/19/15 | DDQ | Confer with D. Gosch re [redacted] | .30 | 113.40 |
| 02/19/15 | DFG | Several meetings with C. McDonald regarding [redacted] (.5). Telephone call with D. Quick regarding [redacted] (.3). Work on [redacted] (2.0). | 2.80 | 1,282.40 |
| 02/19/15 | TBS | Review and revise [redacted] | 1.10 | 509.30 |
| 02/20/15 | CKM | Draft and revise [redacted] | .90 | 216.00 |
| 02/21/15 | DFG | Telephone call with S. Knapp regarding [redacted] (.2). Additional work [redacted] .8). | 1.00 | 458.00 |
| 02/21/15 | CKM | Draft and revise [redacted] (3.5). Research [redacted] (1). | 4.50 | 1,080.00 |

TOTAL HOURS 35.7

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 984150
PAGE 5

TOTAL SERVICES..............................$ 10,648.50

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | TELECOMMUNICATIONS | 6.00 |
| | TOTAL DISBURSEMENTS........................$ | 6.00 |

PRIOR AMOUNT DUE:

| INV DATE | INV NO. | BILL AMOUNT | PAYMENTS | BAL DUE |
|---|---|---|---|---|
| 11/10/14 | 960045 | $5520.35 | [redacted] | |
| 12/05/14 | 966207 | $16051.50 | | |
| 01/30/15 | 977631 | $21475.98 | | |
| 02/13/15 | 980560 | $12022.35 | | |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

April 9, 2015
INVOICE NO. 990435

BANK OF AMERICA
2600 WEST BIG BEAVER ROAD
TROY, MI 48084

ATTN: STEVE SIRAVO

RE: MODERN PLASTICS SUBPOENA
021348-00288

| | | |
|---|---|---|
| FOR SERVICES RENDERED as counsel to: BANK OF AMERICA from Mar 3, 2015 through Mar 16, 2015 as set forth in the attached computer summary of recorded time............................ | $ | 5,060.20 |
| DISBURSEMENTS.............................. | $ | 5.10 |
| | | ------------ |
| TOTAL AMOUNT DUE........................... | $ | 5,065.30 |
| | | ============ |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 990435
PAGE 2

| DATE | | SERVICES | HOURS | VALUE |
|---|---|---|---|---|
| 03/03/15 | CKM | Draft and revise [redacted] | 1.50 | 360.00 |
| 03/04/15 | CKM | Draft and revise [redacted] (.5). Discussions with D. Gosch regarding [redacted] (.6). | 1.10 | 264.00 |
| 03/05/15 | DFG | Revise [redacted] | 2.50 | 1,145.00 |
| 03/05/15 | CKM | Discuss [redacted] with D. Gosch (.5). Revise [redacted] (3). Email correspondence with Dickinson Wright team regarding [redacted] (1.4). | 4.90 | 1,176.00 |
| 03/06/15 | DFG | Final revisions [redacted] (.2). Telephone call with C. McDonald regarding [redacted] (.2). Review and response to series of emails regarding [redacted] from S. Knapp (.4). | .80 | 366.40 |
| 03/06/15 | TBS | Review and revise [redacted] | 1.30 | 601.90 |
| 03/06/15 | CKM | Email communications with S. Knapp and D. Gosch regarding [redacted] (.2). Telephone call with D. Gosh regarding [redacted] (.2). Prepare [redacted] (2). | 2.40 | 576.00 |
| 03/08/15 | TBS | Review and respond [redacted] | .30 | 138.90 |
| 03/09/15 | CKM | Finalize [redacted] (1). Email correspondence related to [redacted] (.2). | 1.20 | 288.00 |
| 03/16/15 | CKM | Email correspondence regarding [redacted] (.2). Research [redacted] (.2). Draft memorandum [redacted] (.2). | .60 | 144.00 |

TOTAL HOURS 16.6

TOTAL SERVICES..............................$ 5,060.20

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021348-00288
BANK OF AMERICA
MODERN PLASTICS SUBPOENA

INVOICE NO. 990435
PAGE 3

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | TELECOMMUNICATIONS | 5.10 |
| | TOTAL DISBURSEMENTS........................$ | 5.10 |

PRIOR AMOUNT DUE:

| INV DATE | INV NO. | BILL AMOUNT | PAYMENTS | BAL DUE |
|---|---|---|---|---|
| 11/10/14 | 960045 | $5520.35 | [redacted] | |
| 12/05/14 | 966207 | $16051.50 | | |
| 01/30/15 | 977631 | $21475.98 | | |
| 02/13/15 | 980560 | $12022.35 | | |
| 03/09/15 | 984150 | $10654.50 | | |

*------------MATTER DESCRIPTION------------* *------------BILLING INSTRUCTIONS------------*
MODERN PLASTICS SUBPOENA

*-----------CLIENT NAME------------* *-CLIENT NUMBER-* *--BILLING ATTORNEY--* *-RESPONSIBLE ATTORNEY-*
BANK OF AMERICA 021348 1138 T B SYLWESTRZAK 1138 T B SYLWESTRZAK

*----------CLIENT ADDRESS----------* *-RELATED CLIENT NUMBER-* *----------MATTER ADDRESS----------*
BANK OF AMERICA 015046 BANK OF AMERICA

[redacted]

*----------------------------------MATTER INFORMATION----------------------------------*
MATTER PHONE: (248) 631-0518 MISC. MATTER INFO:
CONTACT: STEVE SIRAVO MATTER ID PER CLIENT: G62369-20140910
E-MAIL ADDRESS: STEVE.SIRAVO@BAML.COM LINE OF BUSINESS:
STATUS: OP TEMPLATE: Ds MIN FEE:

[redacted]

CLIENT/MATTER RATE EXCEPTIONS CURRENTLY ON FILE:

| | | | |
|---|---|---|---|
| CLIENT | TIMEKEEPER | 1615 GIBBS | 252.00 |
| CLIENT | COST CODE | 25 COLOR COPIES | .80 |
| CLIENT | COST CODE | 60 FACSIMILE | .00 |
| CLIENT | COST CODE | 72 REPRODUCTION-INSIDE FI | .00 |
| CLIENT | COST CODE | 75 TELEPHONE | .00 |
| CLIENT | COST CODE | 92 OVERTIME EXP-SECRETARI | .00 |
| CLIENT | COST CODE | 93 COMPUTERIZED LGL RESEA | .00 |

*---------------------PRACTICE AREA INFORMATION----------------------*

LAST BILL DATE: 04/09/15

TIME ENTRIES:

| INDEX/INIT | DATE | STAT | WORKED HOURS | WORKED AMOUNT | BILLED HOURS | BILLED AMOUNT | CUMULATIVE | DESCRIPTION | TASK/ACT CODE |
|---|---|---|---|---|---|---|---|---|---|
| L120 - ANALYSIS/STRATEGY | | | | | | | | | |
| 11787726 0496 DFG | 04/08/15 | B | 0.20 | 91.60 | 0.20 | 91.60 | 91.60 | Conference with S. Knapp regarding [redacted] (.1). Follow-up with C. McDonald regarding [redacted] (.1). | L120 A105 |

DATE: 04/23/15 PROFORMA STATEMENT AS OF 04/23/15 FOR FILE 021348-00288 BILL DATE: 04/23/15 Page 3 (3)
BILL ATTY: 1138 TBS BANK OF AMERICA MODERN PLASTICS SUBPOENA
RESP ATTY: 1138 TBS PROFORMA INFO: INDEX NO.- BATCH NO.- STATUS-

| INDEX/INIT | DATE | STAT | WORKED HOURS | WORKED AMOUNT | BILLED HOURS | BILLED AMOUNT | CUMULATIVE | DESCRIPTION | TASK/ACT CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11790407 0496 DFG | 04/08/15 | B | 1.40 | 641.20 | 1.40 | 641.20 | 732.80 | Analysis of [redacted] | L120 A104 |
| 11820018 1801 CKM | 04/21/15 | B | 0.20 | 48.00 | 0.20 | 48.00 | 780.80 | Discuss [redacted] | L120 A105 |
| L140 - DOCUMENT/FILE MANAGEMENT | | | | | | | | | |
| 11800844 0496 DFG | 04/14/15 | B | 0.10 | 45.80 | 0.10 | 45.80 | 826.60 | Compile [redacted] | L140 A105 |
| 11808906 0496 DFG | 04/17/15 | B | 1.40 | 641.20 | 1.40 | 641.20 | 1467.80 | Draft [redacted] (.3). Revise [redacted] draft [redacted] (1.1). | L140 A103 |
| 11820161 0496 DFG | 04/22/15 | B | 0.10 | 45.80 | 0.10 | 45.80 | 1513.60 | Brief review [redacted] | L140 A104 |
| L160 - SETTLEMENT/NON-BINDING ADR | | | | | | | | | |
| 11819673 1801 CKM | 04/22/15 | B | 0.20 | 48.00 | 0.20 | 48.00 | 1561.60 | Draft [redacted] | L160 |
| L250 - OTHER WRITTEN MOTIONS & SUBMISSIONS | | | | | | | | | |
| 11810922 1801 CKM | 04/16/15 | B | 1.50 | 360.00 | 1.50 | 360.00 | 1921.60 | Attend hearing on motion to compel and for protective order. | L250 A109 |
| 11819884 1801 CKM | 04/20/15 | B | 0.50 | 120.00 | 0.50 | 120.00 | 2041.60 | Review and revise [redacted] communications regarding [redacted] | L250 A108 |
| L320 - DOCUMENT PRODUCTION | | | | | | | | | |
| 11810635 0496 DFG | 04/18/15 | B | 0.30 | 137.40 | 0.30 | 137.40 | 2179.00 | Review [redacted] memos to and from Knapp, McDonald regarding [redacted] | L320 A104 |
| 11812610 0496 DFG | 04/20/15 | B | 1.20 | 549.60 | 1.20 | 549.60 | 2728.60 | Revisions to [redacted] memo to counsel regarding [redacted] .4), call with TBS regarding [redacted] (.2), review and response to email from Demorest (.3), conference call regarding [redacted] (.3) | L320 A103 |

L350 - DISCOVERY MOTIONS

DATE: 04/23/15 PROFORMA STATEMENT AS OF 04/23/15 FOR FILE 021348-00288 BILL DATE: 04/23/15 Page 4 (4)
BILL ATTY: 1138 TBS BANK OF AMERICA MODERN PLASTICS SUBPOENA
RESP ATTY: 1138 TBS PROFORMA INFO: INDEX NO.- BATCH NO.- STATUS-

| INDEX/INIT | DATE | STAT | WORKED HOURS | WORKED AMOUNT | BILLED HOURS | BILLED AMOUNT | CUMULATIVE | DESCRIPTION | TASK/ACT | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11793372 0496 DFG | 04/09/15 | B | 3.30 | 1511.40 | 3.30 | 1511.40 | 4240.00 | Draft [redacted] | A103 | L350 |
| 11794873 0496 DFG | 04/10/15 | B | 2.40 | 1099.20 | 2.40 | 1099.20 | 5339.20 | Review [redacted] (.3). Revisions [redacted] (2.1). | A103 | L350 |
| 11798634 0496 DFG | 04/13/15 | B | 1.00 | 458.00 | 1.00 | 458.00 | 5797.20 | Finalize and file [redacted] | A103 | L350 |
| 11803812 0496 DFG | 04/15/15 | B | 0.70 | 320.60 | 0.70 | 320.60 | 6117.80 | Telephone call with S. Knapp regarding [redacted] (.4). Follow-up review [redacted] (.3). | A101 | L350 |
| 11808079 0496 DFG | 04/16/15 | B | 2.70 | 1236.60 | 2.70 | 1236.60 | 7354.40 | Final preparation for and attendance at motion for hearing on protective order. | A109 | L350 |
| 11820013 1801 CKM | 04/21/15 | B | 0.30 | 72.00 | 0.30 | 72.00 | 7426.40 | File stipulation and order regarding subpoena motions. | A111 | L350 |
| 11815724 0496 DFG | 04/21/15 | B | 0.20 | 91.60 | 0.20 | 91.60 | 7518.00 | Call with counsel for NP, finalize [redacted] | A108 | L350 |

---------- ----------

FEE SUBTOTAL 7518.00 7518.00

*---------------------------TIME AND FEE SUMMARY---------------------*

| *---------TIMEKEEPER----------* | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| DANIEL F. GOSCH | 458.00 | 15.00 | 84.8 | 6870.00 | 91.4 |
| CHRISTINA K. MCDONALD | 240.00 | 2.70 | 15.3 | 648.00 | 8.6 |
| TOTALS | | 17.70 | | 7518.00 | |

----------FEE SUMMARY BY TASK CODE-----------------

| | | CURRENT HOURS | CURRENT AMOUNT | CUMULATIVE HOURS | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| L110 | FACT INVESTIGATION/DEVELOPMENT | .00 | .00 | 12.50 | 3,783.20 |
| L120 | ANALYSIS/STRATEGY | 1.80 | 780.80 | 27.20 | 8,502.80 |
| L140 | DOCUMENT/FILE MANAGEMENT | 1.60 | 732.80 | 11.80 | 4,260.90 |
| L150 | BUDGETING | .00 | .00 | 7.00 | 1,680.00 |
| L160 | SETTLEMENT/NON-BINDING ADR | .20 | 48.00 | .40 | 95.00 |
| L190 | OTHER CASE ASSMNT, DEV. & ADMIN. | .00 | .00 | 19.60 | 5,587.40 |
| L210 | PLEADINGS | .00 | .00 | 3.90 | 1,791.70 |
| L250 | OTHER WRITTEN MOTIONS & SUBMISSIONS | 2.00 | 480.00 | 4.00 | 862.50 |
| L310 | WRITTEN DISCOVERY | .00 | .00 | 2.70 | 1,155.70 |
| L320 | DOCUMENT PRODUCTION | 1.50 | 687.00 | 99.90 | 27,246.70 |
| L350 | DISCOVERY MOTIONS | 10.60 | 4,789.40 | 34.20 | 11,306.60 |
| L390 | OTHER DISCOVERY | .00 | .00 | 41.20 | 9,682.00 |
| L430 | WRITTEN MOTIONS AND SUBMISSIONS | .00 | .00 | 6.50 | 1,560.00 |
| | | ------- | ----------- | ------- | ----------- |
| | TOTAL FEES | 17.70 | 7,518.00 | 270.90 | 77,514.50 |

DISBURSEMENTS: